Submitted on record and brief June 28, reversed and remanded August 21, 1996

In the Matter of the Compensation of
Michael E. Pelcin, Claimant.

Michael E. PELCIN,
*Petitioner,*

*v.*

RIEDEL INTERNATIONAL
and CIGNA Insurance Companies,
*Respondents.*

(WCB No. 94-07287; CA A89675)

920 P2d 1152

Daniel R. Guggenheim and Pozzi Wilson Atchison filed the brief for petitioner.

No appearance for respondents.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Reversed and remanded. *Carroll v. Boise Cascade Corp.*, 138 Or App 610, 910 P2d 1111 (1996).